UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-01164 RGK (DTBx) | Date | December 4, 2012 |
|---|---|---|---|
| Title | Contreras v. Federal Home Loan Mortgage Corp., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| S. Williams, Not Present | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause as to Plaintiff's Claims Against Defendant Quality Loan Service Company**

    On December 3, 2012, this Court granted Defendant Federal Home Loan Mortgage Corporation's Motion to Dismiss as to Plaintiff's claims arising from a dispute involving the foreclosure proceedings on real property located at 6967 Cottonwood Circle, Corona, CA. (DE 22.) Defendant Quality Loan Service Company did not join in that Motion.

    The Court hereby orders Plaintiff to show cause in writing by December 7, 2012 why all claims should not also be dismissed as to Defendant Quality Loan Service Company.

**IT IS SO ORDERED.**

: 

Initials of Preparer